103 F.3d 113
 John D. Keller, Alan Kincade, Harold Moore, Orville George,
James Overly, Harold Blake
v.
Joseph Lehman, Commissioner Pennsylvania Department of
Corrections, Andy Domovich, Superintendent, S.C.I.
Pittsburgh, David Good, Deputy Superintendent of Treatment,
Lt. Jack Walsh, Security, Patrick C. Malloy, Director,
Community Corrections Center, Gwen Zeicher, Counselor, Dan
Defloria, Counselor, Norris Cullens, Counselor, Thomas
Seiverling, Head of Institutional Counselors,
 NO. 95-3473
 United States Court of Appeals,
Third Circuit.
 Nov 12, 1996
 Appeal From: W.D.Pa., No. 93-CV-01971
 
 1
 AFFIRMED.